Michael Avanesian (Bar. No. 278685)
W. Sloan Youkstetter (State Bar No. 296681)
**AVANESIAN LAW FIRM**
101 N. Brand Blvd., PH 1920
Glendale, California 91203
Tel: 818.276.2477 | Fax: 818.208.4550
email: michael@avanesianlaw.com

(Proposed) Attorney for
Tania Elissia Batache,

FILED & ENTERED

NOV 28 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: **2:16-bk-21078-VZ** |
| **TANIA ELISSIA BATACHE,** | Chapter 11 |
| Debtor. | **ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING POST-PETITION FINANCING UNDER 11 U.S.C. § 364 AND SUSTAINING EVIDENTIARY OBJECTIONS** |
| | Hearing Date and Time |
| | Date: November 15, 2016
Time: 11:00 a.m.
Place: Courtroom 1368
       Roybal Federal Building
       255 E. Temple Street
       Los Angeles, CA 90012 |

Tania Elissia Batache, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), filed a motion requesting authority to obtain post-petition financing pursuant to 11 U.S.C. § 364 as Docket No. 39 (the "Motion"). Roque Santi and Malfada Fontana ("Creditors") filed an opposition to the Motion as Docket No. 51 (the "Opposition"). Debtor filed a response to the Opposition as Docket No. 56 and evidentiary objections to the declaration attached to the Opposition ("Evidentiary

1

1  Objections") Docket No. 57.

2  Michael Avanesian of the Avanesian Law Firm appeared on behalf of Debtor and
3  Alan White of the Law Offices of Alan I. White appeared on behalf of Creditors There
4  were no other appearances.

5  Based on the moving papers, the arguments from counsel, for the reasons stated on
6  the record, and good cause appearing, therefore:

7  **IT IS HEREBY ORDERED THAT:**

8  1.  The Evidentiary Objections are sustained; and

9  2.  The Motion is granted.

11  **IT IS SO ORDERED.**

13                                               ###

24  Date: November 28, 2016

_____
Vincent P. Zurzolo
United States Bankruptcy Judge