| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Michael Avanesian (State Bar No. 278685)**<br>**JT Legal Group, APC**<br>**801 N. Brand., Blvd., Suite 1130**<br>**Glendale CA, 91203**<br>**Tel: 818.276.2477 Fax: 818.208.4550**<br>**Michael@jtlegalgroup.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for:* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Tania Elissia Batache**

Debtor(s).

CASE NO.: **2:16-bk-21078-VZ**
CHAPTER: **11**

**NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**

**[LBR 9013-1(p) or (q)]**

[No hearing required]

---

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) <u>**Tania Elissia Batache**</u>, filed a motion or application (motion) entitled **JT LEGAL GROUP, APC'S MOTION FOR ORDER AUTHORIZING WITHDRAWAL AS COUNSEL OF RECORD; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL AVANESIAN.**

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:
   ☑ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR <u>**2091-1**</u>; or
   ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. *(Check appropriate box below):*

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*         Page 1         **F 9013-1.2.NO.HEARING.NOTICE**

☑ The full motion is attached to this notice; or
☐ The full motion has been filed with the court as docket entry #_____, and a detailed description of the relief sought is attached hereto

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Date: **June 12, 2017**                                          Respectfully submitted,

/s/ Michael Avanesian
Signature of Movant or attorney for Movant

Michael Avanesian
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                           Page 2                           **F 9013-1.2.NO.HEARING.NOTICE**

Michael Avanesian (State Bar. No. 278685)
**JT LEGAL GROUP, APC**
801 North Brand Blvd., Suite #1130
Glendale, California 91203
Tel: 818.276.2477 │ Fax: 818.208.4550
michael@jtlegalgroup.com

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>TANIA BATACHE<br><br>Debtor. | Case No.: **2:16-bk-21078-VZ**<br><br>Chapter 11<br><br>**JT LEGAL GROUP, APC'S MOTION FOR ORDER AUTHORIZING WITHDRAWAL AS COUNSEL OF RECORD; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL AVANESIAN**<br><br>Judge: Vincent P. Zurzolo<br>[No Hearing Required] |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE AND THE UNITED STATES TRUSTEE:**

JT Legal Group, APC requests that the Court authorize it to withdraw as the Debtor's counsel. In support of its request, the Firm represents as follows:

///

///

///

///

///

///

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF FACTS AND SUMMARY OF ARGUMENT

Tania Batache is the debtor and debtor-in-possession ("Debtor") in the above-captioned Chapter 11 bankruptcy case ("Case"). On August 08, 2016 ("Petition Date"), the Debtor commenced the Case by filing a voluntary Chapter 11 petition under the United States Bankruptcy Code ("Bankruptcy Code"), 11 U.S.C. § 101 et seq. by Debtor's previous counsel. On November 7, 2016, the Avanesian Law Firm ("Avanesian") substituted into the case because of a dispute between the Debtor and her prior counsel. On January 1, 2017, Avanesian Law Firm's principal joined JT Legal Group, APC (collectively firms, collectively, the "Firm") and the principal continues to represent the Debtor. Pursuant to Professional Conduct, Rule 3-700, the Firm seeks leave to withdraw as counsel of record. There are irreconcilable conflicts which have arisen between Debtor and the Firm.

Debtor has previously been informed of the consequences of prosecuting its case without appropriate legal counsel.

## II.

## ARGUMENT

A. <u>Withdrawal is Appropriate</u>

The withdrawal of counsel is governed by Rule 3-700 of the California Rules of Professional Responsibility ("CRPR"). Rule 3-700(C) sets forth the grounds on which professionals may withdraw. Rule 3-700(C)(1) permits counsel to withdraw for various reasons, some of which are applicable to the facts of this case. Again, not many specifics are provided so as not to prejudice the client's legal position.

B. <u>Debtor is Not Prejudiced</u>

There is status conference scheduled for July 20, 2017 at 11:00AM and Debtor will not be prejudiced, because there is ample time for Debtor to retain new counsel and to respond to the status conference. Also, since this is an individual case, the Debtor may

1 represent herself.

2     If the Court requires further information as a condition of granting this motion,
3 Counsel is prepared to supplement this motion.

### III.

### CONCLUSION

Based on the foregoing it is appropriate that this motion be granted, and that the Avanesian Law Firm, JT Legal Group, APC and Michael Avanesian, be permitted to withdraw as general counsel from representing Debtor without prejudice to the Firm's right to be compensated for services previously performed or to be performed before the Firm is relieved as counsel.

Dated:    June 9, 2017                                      JT LEGAL GROUP, APC

                                                By: /s/ Michael Avanesian
                                                    Michael Avanesian
                                                      Attorney for Debtor

## DECLARATION OF MICHAEL AVANESIAN

Michael Avanesian, hereby declare and state as follows:

1. I am an attorney at law licensed to practice in the State of California and before this Court. The facts set forth in this declaration are personally known to me to be true and correct and if called upon to do so, I could and would testify competently thereto.

2. I have joined JT Legal Group, APC (the "Firm") as a partner.

3. Debtor initially had retained Avanesian Law Firm ("Avanesian") which is my dba.

4. I represent Tania Batache ("Debtor") pursuant to the terms of a written retainer agreement entered into on November 7, 2016.

5. Rule 3-700(C)(1) permits me to withdraw for various reasons, some of which are applicable to the facts of this case. Again, not many specifics are provided so as not to prejudice the client's legal position.

6. The conflicts between Debtor and I are irreconcilable and have led to a break down in the professional relationship between the two parties.

7. No additional details are provided to minimize any possible impact this motion may have on the Debtor's case.

8. Debtor has been informed of the consequences of not having proper legal representation.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration was signed by me on June 10, 2017 at Glendale, California.

                        /s/ Michael Avanesian
                        Michael Avanesian

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**801 N. Brand Blvd., Suite #1130**
**Glendale, CA 91203**

A true and correct copy of the foregoing document entitled (*specify*):   **Notice of Motion for Order without Hearing Pursuant to LBR 9013-1(o)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **6/12/2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Michael Avanesian**     nef@jtlegalgroup.com, michael@ecf.inforuptcy.com
**Matthew R. Clark**      bkyecf@rasflaw.com, mclark@ecf.courtdrive.com;mclark@rasflaw.com
**Tony Forberg**      tonyforberg@mac.com, inbox@forberglaw.com
**Merdaud Jafarnia**      bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
**Crystle J Lindsey**      crystle@anthonyegbaselaw.com
**Erin M McCartney**      bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
**Kelly L Morrison**      kelly.l.morrison@usdoj.gov
**R Gibson Pagter**      gibson@ppilawyers.com, ecf@ppilawyers.com;r51779@notify.bestcase.com
**David Samuel Shevitz**      david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com
**United States Trustee (LA)**      ustpregion16.la.ecf@usdoj.gov
**Alan I White**      aiwhitelaw@gmail.com
**W. Sloan Youkstetter**      lawofficeofwilliamsyoukstetter@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **6/12/2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor Tania Batache**
41 Clubhouse Ave. Venice, CA 90291
**Creditor**s:
Amex, PO Box 981535, El Paso, TX 79998
Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27410
Bank of America, PO Box 982238, El Paso, TX 79998
Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27410
Chase, PO Box 6026, Mailcode IL1-0054, Chicago, IL 60680
Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850
Chase Inc., PO Box 15298, Wilmington, DE 19850
Citi Com Lending Grp/a, Po Box 769004, San Antonio, TX 78245
Citibank/Best Buy, Po Box 790040, St Louis, MO 63179
Costco/Citi, PO Box 790046, Saint Louis, MO 63179
Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501
Discover Financial, Po Box 3025, New Albany, OH 43054
Juniper Biz, PO Box 84030, Columbus, GA 31908
Kabbage Inc., 925B Peachtree Street NE, Suite 1688, Atlanta, GA 30309
LA Department of Water & Power, P.O Box 90808, Los Angeles, CA 90030
Ocwen Loan Servicing, PO Box 24738, West Palm Beach, FL, CA 33416
Oscar Bustamante, Unknown

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Shellpoint Mortgage, PO Box 740039, Cincinnati, OH 45274
Specialized Loan, Servicing LLC , P.O Box 105219, Atlanta, GA 30348
SoCal Gas, P.O. Box 3150, San Dimas, CA 91773
Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440
Southern California Edison, P.O. Box 800, Rosemead, CA 91770

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 12, 2017** | **Michael Avanesian** | **/s/ Michael Avanesian** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*   Page 4   **F 9013-1.2.NO.HEARING.NOTICE**